Condo v Condo (2023 NY Slip Op 06081)

Condo v Condo

2023 NY Slip Op 06081

Decided on November 28, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 28, 2023

Before: Manzanet-Daniels, J.P., Friedman, González, Pitt-Burke, Higgitt, JJ. 

Index No. 300341/14 Appeal No. 1120 Case No. 2022-05353 

[*1]Anna Condo, Plaintiff-Respondent,
v
George Condo, Defendant-Appellant.

Rottenstreich Farley Bronstein Fisher Potter Hodas LLP, New York (Peter E. Bronstein of counsel), for appellant.
Dentons US LLP, New York (John J. Hay of counsel), for respondent.

Order, Supreme Court, New York County, (Adam Silvera, J.), entered November 7, 2022, which, to the extent appealed from as limited by the briefs, denied defendant's motion for an injunction prohibiting plaintiff from filing future litigation related to the parties' agreement to resolve certain disputes (Term Sheet) without prior leave of court, unanimously affirmed, without costs.
Contrary to defendant's contention, the court did not improvidently exercise its discretion by declining to enjoin the wife from further litigation relative to the parties' Term Sheet in their matrimonial action (see Matter of Shapiro v Hayes, 133 AD3d 468, 468 [1st Dept 2015]). Plaintiff's actions subsequent to the court's "final warning" not to engage in further transgressions were insufficient to establish that she continued to commit "bad acts" designed to obstruct and delay the conclusion of the matter, and we
perceive no basis otherwise to substitute our discretion for that of the trial court (see generally Marbru Assoc. v White, 206 AD3d 562, 562 [1st Dept 2022]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 28, 2023